# INITIAL APPEARANCE

In the matter of United States v. Jesus Enriquez-Enriquez

Cause #. 18-MJ-3721 ;

Date: Thursday, November 29, 2018 ;

B. Paul Briones, United States Magistrate Judge presiding.

This proceeding is being digitally recorded.

Commenced hearing at Started PC at 10:00 but due to problems w/interpreter services commenced at 10:14 a.m.

Appearing for the U.S. Attorney for the District of NM: Jason Wisecup - via telephone

Interpreter Barbara Espinosa (Swear In)

## RIGHTS
- ☑ Right to remain silent. 5d1E
- ☑ Right to an attorney. 5d1B
- ☑ Right to a Preliminary Hearing. 5d1D
- ☑ Right to a Detention Hearing. 5d1C
- ☐ Right to an Identity Hearing. 20
- ☑ Right to a trial before a jury. R58b2
- ☑ Right to Country's Consular Representative Notification.

## CHARGES AND MAXIMUM PENALTIES / VICTIMS
- ☑ Defendant has been provided copy of the charging document.
- ☑ Charges were read to Defendant by Judge Briones
- ☑ Defendant acknowledged understanding the charges.
- ☑ +AUSA advised Defendant of penalties, fines period of supervised release
- ☐ Court advised applicability of the Crime Victims' Rights Act 18 U.S.C. §3771(a)(2)
- ☐ Court could also order you to pay restitution to the alleged victim(s) in this case. *[For Victim cases; R58b2 requires this advisement for misd; 18 USC § 3556 is rest statute]*

## APPOINTMENT OF COUNSEL [*IF NONE*]
- ☑ Court appointed Counsel.
- ☐ Defendant advised that he/she has retained or intends to retain an attorney.
- ☑ Advised of opportunity to speak to Public Defender and sign Affidavit of Assets.

## DETENTION
- ☑ Granted Motion to Detain and remanded Defendant into the custody of the U.S. Marshal.
- ☑ Detention hearing Scheduled for Monday December 3, 2018 .
- ☑ Advised of pre-trial interview.

## PRELIMINARY HEARING
- ☑ Scheduled preliminary hearing for Monday December 3, 2018 .

## IDENTITY HEARING if Criminal Complaint/Indictment arose from jurisdiction other than NM.
- ☐ Charges arising out of the Federal District of [_____],
- ☐ Identity Hearing scheduled for _____.

## MEDICATIONS, DRUGS OR ALCOHOL
- ☑ Inquired whether Defendant was on any prescribed medications or other drugs or alcohol at time of hearing affecting Defendant's ability to understand the proceedings.
  Yes [ ] / No [X]

## ADDITIONAL MATTERS BROUGHT BEFORE THE COURT
- ☑ Defendant raised the following: N/A .

Concluded the Initial Appearance at 10:35 a.m.