**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 0 5 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 19-652 JB |
| ) | |
| vs. ) | 8 U.S.C. §§ 1326(a) and (b): |
| ) | Reentry of a Removed Alien. |
| **JESUS ENRIQUEZ-ENRIQUEZ a.k.a.** ) | |
| **Daniel Jesus Enriquez, Orlando Enriquez,** ) | |
| ) | |
| Defendant. ) | |

### INFORMATION

The United States Attorney charges:

On or about November 29, 2018, the defendant, **JESUS ENRIQUEZ-ENRIQUEZ a.k.a. Daniel Jesus Enriquez, Orlando Enriquez**, an alien, knowingly entered, attempted to enter, and was found in the United States, in San Juan County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about May 30, 2008, while an Order of Exclusion, Deportation, and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

JOHN C. ANDERSON
United States Attorney

*/s/ Jason Wisecup*

JASON WISECUP
Assistant United States Attorney
P. O. Box 607
Albuquerque, NM 87103
505-346-7274