**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 0 5 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 19-652 JB |
| vs. | ) |
| JESUS ENRIQUEZ-ENRIQUEZ a.k.a. Daniel Jesus Enriquez, Orlando Enriquez, | ) |
| Defendant. | ) |

## UNITED STATES' PROFFER OF EVIDENCE AT TRIAL

The United States of America hereby submits a proffer of evidence that it would prove through competent and admissible evidence, beyond a reasonable doubt, if this matter were to proceed to trial:

1. The Defendant is not a citizen of the United States, but is a citizen and national of Mexico, and is an alien under federal law with no lawful immigration status in the United States.

2. The Defendant was previously deported, removed, and excluded from the United States on or about May 30, 2008.

3. On or about November 29, 2018, the Defendant was found in San Juan County, in the District of New Mexico, after previously, voluntarily, and intentionally illegally entering the United States.

4. At the time the Defendant was found within the District of New Mexico, the Defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*(signed)*

JASON WISECUP
Assistant United States Attorney
P. O. Box 607
Albuquerque, NM 87103
505-346-7274

I HEREBY CERTIFY that
a true copy of this pleading
was provided to Counsel
for Defendant.