*Rev. November 10, 2015*

# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: 19-652 JB | | USA vs.: Enriquez-Enriquez | |
| Date: April 8, 2019 | | Name of Deft: Jesus Enriquez-Enriquez | |
| Before the Honorable: | Chief District Judge William P. Johnson | | |
| Time In/Out: | 9:38am - 9:41am | Total Time in Court (for JS10): | 3 minutes |
| Clerk: | R. Garcia | Court Reporter: | M. Loughran |
| AUSA: | Jason Wisecup | Defendant's Counsel: | Johns Van Butcher |
| Sentencing in: | Albuquerque, NM | Interpreter: | Melinda Gonzalez-Hibner |
| Probation Officer: | Jason Hunt | Interpreter Sworn? Yes | No |

| Convicted on: | **X** | Plea | | Verdict | As to: | | Information | | Indictment |
|---|---|---|---|---|---|---|---|---|---|
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | | |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | | 3/5/2019 | PSR: | **X** | Not Disputed | | Disputed | **X** | Courts adopts PSR Findings |
| Evidentiary Hrg: | **X** | Not Needed | | Needed | Exceptions to PSR: | | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): | 146 days or time served, whichever is less |
|---|---|---|
| Supervised Release: | None Pursuant to section 5D1.1(c) | Probation: |

| REC | | 500-Hour Drug Program | | BOP Sex Offender Program | Other: | | |
|---|---|---|---|---|---|---|---|
| ICE | **X** | Court recommends ICE begin removal proceedings immediately. | | | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| No re-entry without legal authorization | Home confinement for     months     days |
| Comply with ICE laws and regulation | Community service for     months     days |
| Participate in/successfully complete subst abuse program/testing | Reside halfway house     months     days |
| Participate in/successfully complete mental health program | Register as sex offender |
| Refrain from use/possession of alcohol/intoxicants | Participate in sex offender treatment program |
| Submit to search of person/property | Possess no sexual material |
| No contact with victim(s) and/or co-defendant(s) | No computer with access to online services |
| No entering or loitering near victim's residence | No contact with children under 18 years |
| Provide financial information | No volunteering where children supervised |
| Grant limited waiver of confidentiality | Restricted from occupation with access to children |
| Refrain from use and possession of synthetic cannabinoids, etc. | No loitering within 100 feet of school yards |
| No possession of a firearm, ammunition, destructive device or any other dangerous weapon | Participate in an educational or vocational program approved by the Probation Officer |
| OTHER: | |

| Fine: | $ 0.00 | | Restitution: $ | 0.00 | |
|---|---|---|---|---|---|
| SPA: | $ 100.00 (waived) | Payment Schedule: | | Due Immediately | **X** Waived |

OTHER:

| **X** | Advised of Right to Appeal | Waived Appeal Rights per Plea Agreement |
|---|---|---|
| **X** | Held in Custody | Voluntary Surrender |
| | Recommended place(s) of incarceration: | |
| | Dismissed Counts: | |
| OTHER COMMENTS: | PSR reviewed with client; no objections/corrections. Mr. Wisecup has no objections to a time served sentence. Mr. Butcher requests time served. | |